429 A.2d 762

Commonwealth ex rel. Ferro v. Ferro, Appellant.

Argued June 12, 1980.  E. Harris Baum, for appellant; John J. Speese, for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order affirmed.